IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02542-BNB

JOSEPH BRADSHAW,

    Plaintiff,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
DR. LEYBA,
DR. NAFLIGER,
2-13-06 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBERS,
DR. ROBIN H. AMIRKHAN,
4-16-07 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBERS, and
PA OSAGIE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR -5 2009

GREGORY C. LANGHAM
                CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 5, 2009, at Denver, Colorado.

                          BY THE COURT:

                          s/ Boyd N. Boland
                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02542-BNB

Joseph Bradshaw
Prisoner No. 20980-038
ADX - Florence
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of this **ORDER** to the above-named individuals on 3/5/09

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk