IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02542-PAB-KLM

JOSEPH BRADSHAW,

    Plaintiff,

v.

DR. LEYBA,
DR. NAFZIGER,
2-13-06 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBERS,
DR. ROBIN H. AMIRKHAN,
4-16-07 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBERS, and
PA OSAGIE,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Strike Plaintiff's Response to Summary Judgement** [Docket No. 102; Filed July 26, 2010] (the "Motion"). Defendants move to strike Plaintiff's response to the summary judgment motion on the ground that it is thirty-nine pages long, in violation of District Judge Philip A. Brimmer's Practice Standards.

    The Court notes that because Plaintiff's response is hand-written, it is difficult to determine the number of pages that would result if the document was typewritten. D.C.COLO.LCivR 10.1D provides that *pro se* litigants are not required to file typewritten pleadings. Given Plaintiff's *pro se* status, the Court will not strike the response.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated: August 2, 2010