IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02542-PAB-KLM

JOSEPH BRADSHAW,

    Plaintiff,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
DR. LEYBA,
DR. NAFZIGER,
2-13-06 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBERS,
DR. ROBIN H. AMIRKHAN,
4-16-07 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBERS, and
PA OSAGIE,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion for Extension of Time to File a Reply** [Docket No. 105; Filed August 4, 2010] (the "Motion for Extension") and **Plaintiff Bradshaw's Affidavit and Supplemental Hep C Viral Load Genotype Records in Opposition to Defendants** [sic] **Summary Judgment Motion** [Docket No. 107; Filed August 4, 2010] (the "Motion to Supplement").

    IT IS HEREBY **ORDERED** that the Motion for Extension is **GRANTED**. Defendants shall file a reply in support of their Motion for Summary Judgment on or before **August 13, 2010**.

    IT IS FURTHER **ORDERED** that the Motion to Supplement is **DENIED**. The Court has provided Plaintiff with sufficient opportunities to respond to the summary judgment motion. Moreover, the Court excused Plaintiff's violation of Judge A. Brimmer's Practice Standards and allowed him to file a 39 page response. Plaintiff has also filed a 40 page affidavit in response to the summary judgment motion. Plaintiff is not entitled to file further pleadings regarding Defendants' Motion for Summary Judgment.

Dated: August 5, 2010